**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Joal, LLC | ) | Bankruptcy No. 12 B 40551 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Jack B. Schmetterer |

To:   See Attached List

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **December 9, 2013,** at the hour of 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jack B. Schmetterer in Courtroom 682 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you. You may appear if you so choose.

>David P. Lloyd, Ltd.
>615B S. LaGrange Rd.
>LaGrange IL  60525
>708-937-1264
>Fax: 708-937-1265

### CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 15th day of November, 2013.

>_____/s/ David P. Lloyd_____
>David P. Lloyd

| | | |
|---|---|---|
| Service List<br>Joal, LLC<br>Case 12-40551 | Joal, LLC<br>715 Liberty St. N<br>Morris, IL 60450-1851 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| C&M Carpet Service<br>3361 Windsor Lane<br>Joliet, IL 60431-9315 | Environmental Recycling & Disposal<br>P.O. Box 675<br>Orland Park, IL 60462-0675 | Lewis Plumbing Inc.<br>409 State St.<br>Ottawa, IL 61350-3576 |
| Old Second Bank<br>37 S. River St.<br>Aurora, IL 60506-4172 | PrivateBank and Trust Company<br>c/o Tejal S. Desai<br>Latimer LeVay Fyock LLC<br>55 W. Monroe, #1100<br>Chicago, Illinois 60603-5128 | The Private Bank and Trust Company<br>70 West Madison<br>Suite 200<br>Chicago, IL 60602-4218 |
| David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525-6864 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Joal, LLC ) | Bankruptcy No. 12 B 40551 |
| ) | Chapter 11 |
| Debtor ) | Judge Jack B. Schmetterer |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, Joal, LLC, by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on October 12, 2012. The Debtor's Plan was confirmed on September 30, 2013.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has paid holders of general unsecured claims in full.

5. Evidence of the payments of the above is set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

                                                                  Respectfully submitted,
                                                                  Joal, LLC


                                                                 By:____/s/ David P. Lloyd_____
                                                                         Its attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265